No. 45, Misc.   YOUNG *v.* ST. SURE, U. S. DISTRICT JUDGE.   November 5, 1945.   The motion for leave to file a petition for writ of certiorari is denied.

No. 43, Misc.   IN RE YOUNG; and
No. 44, Misc.   BANTZ *v.* SQUIER, WARDEN.   November 5, 1945.   The applications are denied.

No. 408.   MONTGOMERY WARD & CO., INC. ET AL. *v.* UNITED STATES.   November 5, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.   The judgment of the Circuit Court of Appeals is vacated and the cause is remanded to the District Court with directions to dismiss the cause as moot. *Messrs. Stuart S. Ball, John A. Barr, Harold A. Smith* and *Guy A. Gladson* for petitioners.   *Solicitor General McGrath* for the United States.

No. 50, Misc.   REAGAN *v.* UTAH.   November 13, 1945. The motion for leave to file a petition for writ of habeas corpus is denied.

No. 593.   McELROY, SECRETARY, ET AL. *v.* MITCHELL, ATTORNEY GENERAL, ET AL.; and
No. 594.   MITCHELL, ATTORNEY GENERAL, ET AL. *v.* McELROY, SECRETARY, ET AL.   Appeals from the District Court of the United States for the District of Kansas. November 13, 1945.   Appeals dismissed pursuant to stipulation, costs to be equally divided. *Mr. Clyde Taylor* for McElroy et al.   *A. B. Mitchell,* Attorney General of Kansas, for Mitchell et al.   Reported below: 60 F. Supp. 51.